UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

WADIH ELIAS EL-HAGE,

Defendant.

23-CV-8426 (LTS)

98-CR-1023 (LAK)

ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

Defendant Wadih Elias El-Hage has filed a motion for compassionate release under the First Step Act, 18 U.S.C. § 3582(c)(1)(A). (*See* ECF 1.) The Clerk of Court opened this motion as a new civil action. *See El-Hage v. United States*, No. 23-CV-8426 (LTS). Because this motion should be filed in the underlying criminal case, *see* No. 98-CR-1023, the Court directs the Clerk of Court to file the criminal motion at document number one, in case number 23-CV-8426, in the criminal case. The Court also directs the Clerk of Court to close the civil action and terminate any motions in that matter, without prejudice to El-Hage's litigation of the criminal motion.

SO ORDERED.

Dated:    October 2, 2023
          New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge